No. 87–915.   GUY F. ATKINSON COMPANY OF CALIFORNIA ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 9th Cir.   Certiorari denied.   JUSTICE KENNEDY took no part in the consideration or decision of this petition. ▮

No. 87–1236.   NASSER ET AL. *v.* FEDERAL HOME LOAN BANK BOARD ET AL.   C. A. 9th Cir.   Certiorari denied.   JUSTICE KENNEDY took no part in the consideration or decision of this petition. ▮

No. 87–1280.   LUNGLEY *v.* COUNTY OF LOS ANGELES ET AL. C. A. 9th Cir.   Certiorari denied.   JUSTICE KENNEDY took no part in the consideration or decision of this petition. ▮

No. 87–6185.   BRIGHT *v.* SHIMODÁ ET AL.   C. A. 9th Cir. Certiorari denied.   JUSTICE KENNEDY took no part in the consideration or decision of this petition. ▮

No. 87–942.   SPEER *v.* OTTAWAY NEWSPAPERS, INC.   C. A. 8th Cir.   Certiorari denied.   JUSTICE STEVENS took no part in the consideration or decision of this petition. ▮

No. 87–1014.   FOLTZ *v.* BLACKBURN.   C. A. 6th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ▮

No. 87–1155.   DUGGER, SECRETARY, FLORIDA DEPARTMENT OF OFFENDER REHABILITATION *v.* MARRERO.   C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied. ▮

No. 87–1226.   KEMP, WARDEN *v.* BOWEN.   C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied. ▮

No. 87–1102.   SCHLEIGH ET AL. *v.* REIGH ET AL.   C. A. 4th Cir.   Motion of respondents Esther Reigh and Ivery Maè Simpkins to proceed *in forma pauperis* granted.   Certiorari denied. ▮